**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW THOMASSON, | Case No.: 1:20-cv-01172-JLT |
| Plaintiff, | ORDER RESETTING PRETRIAL CONFERENCE AND SETTING TRIAL DATE |
| v. | |
| SENTINEL TRANSPORTATION, LLC, | |
| Defendant. | |

This case has been reassigned to Jennifer L. Thurston, United States Magistrate Judge pursuant to the parties' consent. (Docs. 8, 9, 10.) Accordingly, the Court **ORDERS**:

1. The pretrial conference is reset for **March 7, 2022 at 8:30 a.m.**, at the United States District Courthouse in Bakersfield, California, before the Honorable Jennifer L. Thurston, United States Magistrate Judge; and

2. The trial is set for **May 9, 2022 at 8:30 a.m.**, at the United States District Courthouse in Bakersfield, California, before the Honorable Jennifer L. Thurston, United States Magistrate Judge.

    a. This is a jury trial.

    b. Counsels' estimate of trial time: 3-5 days.

///

///

        c.      Counsels' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

IT IS SO ORDERED.

    Dated: __December 23, 2020__                         **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE