KARL GERBER, SBN 166003
ANN GULESER, SBN 210790
**EMPLOYMENT LAWYERS GROUP**
13418 Ventura Boulevard
Sherman Oaks, CA 91423
Telephone:  818.783.7300
Facsimile:  818.995.7159
*Email:*      *kgerber@emplaw.net*
              *aguleser@emplaw.net*

*Attorneys for Plaintiff*
MATTHEW THOMASSON


MICHAEL S. CHAMBERLIN, SBN 175427
CHRISTOPHER M. HABASHY, SBN 280725
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
*Email:*      *mchamberlin@bakerlaw.com*
              *chabashy@bakerlaw.com*


*Attorneys for Defendant*
SENTINEL TRANSPORTATION, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMASSON, an individual<br><br>                    Plaintiff,<br><br>          v.<br><br>SENTINEL TRANSPORTATION, LLC; and DOES 1 through 100 inclusive,<br><br>                    Defendants. | Case No.: 1:20-cv-01172-BAK (SKO)<br><br>*[Magistrate Judge Sheila K. Oberto; Courtroom 7]*<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER**<br><br>**(Doc. 32)**<br><br>**<u>Settlement Conference Hearing:</u>**<br>Date:      March 29, 2022<br>Time:      10:00 a.m.<br>Crtm.:     7<br><br>Trial: October 31, 2022<br>Action Removed: August 20, 2020<br>Action Filed: July 20, 2020 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



- 1 -

1    **TO THE HONORABLE COURT:**

2         MATTHEW THOMASSON ("Plaintiff") and SENTINEL

3    TRANSPORTATION, LLC ("Defendant") (together, the "Parties"), by and through

4    their respective counsels of record, submit this stipulation ("Stipulation") as

5    follows:

6         The Parties have reached a settlement in this matter and are working on

7    finalizing a written agreement.

8         To avoid incurring any further expense preparing for the settlement

9    conference, the parties request that the settlement conference scheduled for March

10   29, 2022 be continued by 15 days.

11        That will provide the parties sufficient time to finalize the agreement and

12   obtain the necessary signatures.

13        Once the necessary signatures have been obtained, the parties will file a

14   notice of settlement asking the Court to vacate the Settlement Conference.

15        For the same reasons, the Parties stipulate and request that the Court continue

16   the Settlement Conference from March 29, 2022 to April 13, 2022 (or to a

17   subsequent date based on the Court's availability).

18        **IT IS SO STIPULATED.**

19                                        Respectfully submitted,

20   Dated:  March 14, 2022              **EMPLOYMENT LAWYERS GROUP**

21                                        By:    */s/ Ann Guleser*
22                                               Karl Gerber
                                                 Ann Guleser
23                                        *Attorneys for Plaintiff*
                                          MATTHEW THOMASSON
24
25   Dated:  March 14, 2022              **BAKER & HOSTETLER LLP**

26                                        By:    */s/ Christopher M. Habashy*
                                                 Michael S. Chamberlin
27                                               Christopher M. Habashy
                                          *Attorneys for Defendant*
28                                        SENTINEL TRANSPORTATION, LLC

                                          - 2 -

1

## ATTESTATION

2        I, Christopher M. Habashy, attest that all other signatures listed, and on

3    whose behalf the filing is submitted, concur in the filing's content and have

4    authorized the filing.

5                                    */s/ Christopher M. Habashy*
                                    Christopher M. Habashy
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2

Having considered the parties' foregoing Stipulation to Continue Settlement

3

Conference (Doc. 32), and for good cause appearing,

4

**IT IS HEREBY ORDERED** that:

5

1.      The Settlement Conference before Magistrate Judge Sheila K. Oberto

6

shall is **CONTINUED to May 10, 2022, at 10:00 a.m.**

7

2.      The parties are to send Confidential Settlement Conference Statements

8

(Settlement Statement) to the following email address:

9

SKOorders@caed.uscourts.gov, to arrive no later than 14 days before the

10

conference.  Each statement shall be clearly marked "CONFIDENTIAL" with the

11

date and time of the mandatory settlement conference indicated prominently.

12

3.      The Pre-Settlement Telephonic Conference is **CONTINUED to May**

13

**3, 2022, at 4:00 p.m**.

14

15

16

IT IS SO ORDERED.

17

Dated:   __**March 14, 2022**__                    _____/s/ *Sheila K. Oberto*_____

18

UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

- 4 -