1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MATTHEW THOMASSON, | Case No.: 1:20-cv-01172-BAK (SKO) |
| Plaintiff, | ORDER CLOSING THE CASE |
| v. | (Doc. 34) |
| SENTINEL TRANSPORTATION, LLC, | |
| Defendant. | |

The parties have stipulated to the action being dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. (Doc. 34). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **April 21, 2022**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE